UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| Jay K. Engell, | ) | |
|     Appellant, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| John C. Sheetz, Sr., | ) | No. 2:16-CV-5-BR |
| | ) | |
|     Appellee. | ) | |
| | ) | |

**Decision by Court.**

This action came before Senior US District Judge W. Earl Britt for consideration regarding the appeal from the US Bankruptcy Court, Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to dismiss is ALLOWED. The appeal is hereby DISMISSED.

<u>This judgment filed and entered on June 24, 2016, and served on:</u>

Phillip H. Hayes, Jr. (via CM/ECF Notice of Electronic Filing)
John G. Rhyne (via CM/ECF Notice of Electronic Filing)
Pamela P. Keenan (via CM/ECF Notice of Electronic Filing)

June 24, 2016

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk