UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

NORTHERN DIVISION

| | |
|---|---|
| JAY K. ENGELL,<br>   Appellant,<br><br>v.<br><br>JOHN C. SHEETZ, SR.,<br>   Appellee. | **JUDGMENT IN A CVIIL CASE**<br>**CASE NO. 2:16-CV-5-BR** |

Decision by Court.

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that having reviewed Sheetz's memorandum and supporting documentation, the court finds that the amount of attorney's fees and expenses claimed is reasonable and constitutes just damages under Federal Rule of Bankruptcy Procedure 8020(a) for the filing of the frivolous appeal. Accordingly, it is hereby ORDERED that within 30 days of the date this order is filed, Hayes shall pay $5,500.00 to John C. Sheetz, Sr. and John G. Rhyne, Esq. c/o John G. Rhyne, Esq.

**This Judgment Filed and Entered on August 28, 2017, and Copies to:**

Phillip H. Hayes, Jr. (via US Mail to 8845 Caratoke Highway, Suite 7, Point Harbor, NC 27964)

John G. Rhyne (via CM/ECF Notice of Electronic Filing)

Pamela P. Keenan (via CM/ECF Notice of Electronic Filing)

Matthew W. Buckmiller (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE | PETER A. MOORE, JR., CLERK |
| August 28, 2017 | *Susan K. Edwards*<br>(By) Susan K. Edwards, Deputy Clerk |